**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

**LONNIE W. FREHR,**

       **Plaintiff,**

                          **Case No. 20-CV-691**

**v.**

**THE COUNTY OF MARINETTE,** *et al.*,

       **Defendants**.

---

### STIPULATION FOR DISMISSAL

---

**IT IS HEREBY STIPULATED** and agreed by and among the parties, by their undersigned counsel, that the above-captioned action, and all claims asserted therein, may be dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties further stipulate and ask the Court to enter the accompanying order providing that the matter is dismissed without prejudice

Dated this 16th day of June, 2020.

                               **CONWAY OLEJNICZAK & JERRY, S.C.**

                      By:*/s/ Bryant M. Dorsey*
                         Bryant M. Dorsey SBN 1089949
                         Attorneys for Plaintiff
                         231 S. Adams Street
                         Green Bay, WI 54301
                         Telephone: (920) 437-0476
                         Email: bmd@lcojlaw.com

Dated this 16th day of June, 2020.

**CRIVELLO CARLSON S.C.**

By: */s/ Sara C. Mills*
    Samuel C. Hall, Jr. SBN 1045476
    Sara C. Mills SBN 1029470
    Attorneys for Defendants Marinette County, Sheriff
    Jerome T. Sauve, and Chief Deputy James M.
    Hansen
    710 N. Plankinton Ave., Suite 500
    Milwaukee, WI 53203
    Telephone: (414) 271-7722
    Fax: (414) 271-4438
    Email: shall@crivellocarlson.com
           smills@crivellocarlson.com

Dated this 16th day of June, 2020.

**LEIB KNOTT GAYNOR LLC**

By: */s/ Douglas S. Knott*
    Douglas S. Knott, SBN 1001600
    Charles R. Starnes, SBN 1113293
    Attorneys for Defendants Advanced Correctional
    Healthcare, Inc. and Lisa Swanson, L.P.N.
    219 N. Milwaukee Street, Suite 710
    Milwaukee, WI 53202
    Telephone: (414) 276-2102
    Fax: (414) 276-2140
    Email: dknott@lkglaw.net
           cstarnes@lkglaw.net